JS6

FILED
CLERK, U.S. DISTRICT COURT
JAN - 7 2011
CENTRAL DISTRICT OF CALIFORNIA
BY                    DEPUTY

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| LAMONT DOZIER, an individual, | Case No. 10 CV 06320 R JCGx |
| Plaintiff, | [PROPOSED] ORDER DISMISSING ENTIRE ACTION WITH PREJUDICE UPON STIPULATION FOR DISMISSAL |
| vs. | |
| DEREK CHRISTOFF, pka "D-SISIVE;" an individual; URBNET RECORDS, INC., a subsidiary of URBNET COMMUNICATIONS, INC., a foreign corporation, FONTANA DISTRIBUTION, a subsidiary of UNIVERSAL MUSIC GROUP, a Delaware corporation, and DOES 1 through 10, inclusive. | Complaint filed: August 26, 2010<br>Trial Date: None set |
| Defendants. | |

UPON CONSIDERATION OF THE STIPULATION OF THE PARTIES TO THIS ACTION, AND GOOD CAUSE APPEARING:

IT IS HEREBY ORDERED that this case is hereby dismissed with prejudice.

Dated: January 7, 2011

_____
UNITED STATES DISTRICT COURT JUDGE

[PROPOSED] ORDER DISMISSING ACTION WITH PREJUDICE